JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 12-00940 DMG (JCx) | Date | March 5, 2012 |
| Title | *Rodney Joseph Rouzan v. Bank of America N.A., et al.* | Page | 1 of 1 |

Present: The Honorable   DOLLY M. GEE, UNITED STATES DISTRICT JUDGE

| VALENCIA VALLERY | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| None Present | None Present |

**Proceedings: IN CHAMBERS—ORDER DISMISSING ACTION FOR LACK OF SUBJECT MATTER JURISDICTION**

On February 17, 2012, the Court issued an Order to Show Cause ("OSC") why this action should not be dismissed for lack of subject matter jurisdiction [Doc. # 6]. Plaintiff has not responded to the OSC and the February 27, 2012 deadline to do so has now passed. As the Court finds no basis to exercise subject matter jurisdiction, this action is hereby **DISMISSED** without prejudice.

**IT IS SO ORDERED.**